```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

XG TECHNOLOGY, INC.,                :         09 Civ. 9532 (SHS)

                Plaintiff,        :

   -against-                          :         ORDER

SPARTEN MULLEN ET CIE, S.A., *ET AL.*,    :

                Defendants.       :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       Defendants' counsel having moved on April 23, 2010, to withdraw as counsel for defendants,

       IT IS HEREBY ORDERED that:

       1.    The return date of that motion is hereby advanced to May 7, 2010, at 10:00 a.m. in Courtroom 23A;

       2.    A conference in this action shall take place on May 7, 2010, at 10:00 a.m. in Courtroom 23A. Defendant Guy Albert de Chimay is directed to appear in Courtroom 23A at that conference;

       3.    Altman & Company P.C., counsel for defendants, is directed to show cause on or before May 5, 2010, why defendants should not be ordered to pay the costs and fees incurred by plaintiff in making its motion for a default judgment, since defendants failed to appear in this action at the initial pretrial conference on January 15, 2010, and the next scheduled conference on February 19, 2010, despite having received notice;

4.  Plaintiff is directed to submit a schedule of its fees and costs incurred in having moved for a default judgment on or before May 5, 2010; and

5.  Steven Altman, Esq. is directed to provide a copy of this Order to Mr. de Chimay.

Dated: New York, New York
April 28, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.